IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVELYN NELSON**, individually, as natural parent and next friend of J.N. I and J.N. II, minors, and on behalf of all others similarly situated,<br><br>          *Plaintiff,*<br><br>     v.<br><br>**CONNEXIN SOFTWARE INC. d/b/a OFFICE PRACTICUM,**<br><br>          *Defendant.* | **Case No. 2:22-cv-04676-JDW** |
| **KAZANDRA BARLETTI**, individually, as a natural parent and next friend of A.B.T., a minor, and on behalf of all others similarly situated.,<br><br>          *Plaintiff,*<br><br>     v.<br><br>**CONNEXIN SOFTWARE INC. d/b/a OFFICE PRACTICUM,**<br><br>          *Defendant.* | **Case No. 2:22-cv-04979-JDW** |

## **ORDER**

**AND NOW**, on this 27th day of December, 2022, upon review of the Parties's Stipulation And [Proposed] Order Consolidating Related Actions And Setting Process For Appointment Of Interim Class Counsel, it is **ORDERED** that the above captioned cases are consolidated pursuant to Fed. R. Civ. P. 42(a). The Clerk of Court shall place *Barletti v.*

*Connexin Software, Inc.*, 2:22-cv-04979-JDW, in civil suspense until further order of the Court;

It is **FURTHER ORDERDERED** that the Court will conduct a telephonic status conference on January 11, 2023, at 4:00 p.m. The Court will circulate dial-in information to counsel the week of the call.

                         **BY THE COURT:**

                         */s/ Joshua D. Wolson*
                         JOSHUA D. WOLSON